AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

CHARLES HENRY SCHOONOVER
 DOB: xx/xx/63
 PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 29, 2005__ in the ___ District of _Columbia_ the defendant, CHARLES HENRY SCHOONOVER, willfully and knowingly did transmit in interstate commerce from the _District of Columbia_, to the State of _Texas_, an electronic mail communication to the Editor of the El Paso Times Newspaper, which electronic communication contained a threat to injure the person of Candice M. Will, that is the message stated that Candice M. Will had "been targeted for assassination" and she would "be violently killed,"

in violation of Title __18__ United States Code, Section(s) __875(c)__.

I further state that I am __ROBERT K. SPROULL, JR., Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Statement of Facts**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, DENISE CLARK   (202) 353-8213
Sworn to before me and subscribed in my presence,

Signature of Complainant
ROBERT K. SPROULL, JR., Special Agent
Federal Bureau of Investigation

_____        at   __Washington, D.C.__
Date                                          City and State

_____
Name & Title of Judicial Officer              Signature of Judicial Officer