**Statement of Facts**

1. On November 29, 2005, an investigation was initiated by the Federal Bureau of Investigation (FBI) El Paso Division.  FBI El Paso received a copy of an electronic mail (e-mail) message sent to the editor of the El Paso Times newspaper.  The e-mail message listed the sender of the message as "Charles Henry Schoonover".  The sender of the e-mail message listed his name as "Charles Henry Schoonover" and his address as "1150 12th Street, NW, Apt 413, Washington, D.C. 20005".  The sender of the message listed his telephone number as 202-271-3054, and the e-mail address: "charles@padresoftware.com".  The salutation of this e-mail message is "Sincerely, Charles Henry Schoonover, 2008 Independent Presidential Candidate."

2. The e-mail message stated that FBI Assistant Director (AD) Candice M. Will and her family had "been targeted for assassination."  The message also stated that AD Will and her family would "be violently killed for Candice's complicity in covering up the attempted murder of myself [Schoonover], Juan Garcia Abrego and Saddam Hussein, to name a few."  The e-mail message contained biographical information concerning FBI AD Candice Will, her family and the city of her residence.

3. AD Candice M. Will is currently employed by the FBI and is a law enforcement officer of the United States of America.

4. On November 29, 2005, the El Paso Division of the FBI contacted the FBI Washington Field Office and provided the information documented in paragraphs 1 and 2.

5. At approximately 9:50 p.m. on November 29, 2005, FBI Special Agents interviewed Charles Henry Schoonover, a male born July 10, 1963, at his residence located at 1150 12th Street, N.W., Apartment 413, in the District of Columbia.  During the interview, agents asked whether any other persons were on the premises and whether they could briefly inspect the residence to determine whether anyone was present, who could present a threat to their safety.  Schoonover consented and agents briefly inspected the apartment to verify that no other persons were present.  Agents observed three computers on the premises.

6. Agents advised Schoonover that there had been a threat made to a government official, without identifying the official or providing any details of the threat.  In response, Schoonover stated that he has sent e-mails to "editors".

7. On November 30, 2005, United State District Court Magistrate Judge Alan Kay issued a federal Search Warrant for the residence of Charles Schoonover located at 1150 12th Street N.W., Apartment 413, Washington, District of Columbia.

8. On November 30, 2005, FBI Special Agents executed the Search Warrant at Schoonover's residence.  The agents recovered three computers, writings and other items from the residence.

9. On December 1, 2005, I reviewed a binder containing documents seized from Schoonover's residence. One document entitled "Schoonover's Washington Journal", dated November 3, 2003, and contained the Internet web site address "http://washingtonjoural.tripod.com/home.html" on the lower left corner of the page. I know from training and experience that Internet web site generated documents often start with the letters "http://".

10. The document described in paragraph 9 contained a electronic letter addressed to "Dear Editor". The letter was almost identical in format to the threatening e-mail received by the El Paso Times on November 29, 2005, as described in paragraphs 1 and 2. The document seized from Schoonover's residence listed the sender of the letter as "Charles Henry Schoonover" with the address "425 2nd St., NW, Washington, DC 20001", the telephone number 202-271-3054, and the e-mail address: "charles@padresoftware.com". The salutation of this letter is "Sincerely, Charles Henry Schoonover, 2004 LP Presidential Candidate."

11. On December 1, 2005, I reviewed Lexis-Nexis public source information for addresses associated with Charles Schoonover. A Charles Schoonover is listed as residing at 425 2nd Street, NW, Washington, DC.

_____
SPECIAL AGENT ROBERT K. SPROULL, JR.
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF DECEMBER, 2005

_____
U.S. MAGISTRATE JUDGE