AO442 (Rev. 12/85) Warrant for Arrest

1096817

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

CHARLES HENRY SCHOONOVER
DOB: 7/10/63

## WARRANT FOR ARREST

CASE NUMBER: 05-0645M-01

To: The United States Marshal
and any Authorized United States Officer

**FILED**

DEC 0 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest ____CHARLES HENRY SCHOONOVER____
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**transmitting in interstate commerce, an electronic communcation, threatening to assassinate a person, that is Candice Will,**

in violation of Title 18 United States Code, Section(s) § 875(c)

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

/s/ John M. Facciola
Signature of Issuing Officer

DEC 01 2005      District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 12/1/05 | NAME AND TITLE OF ARRESTING OFFICER Kenneth J. Brown SDUSM | SIGNATURE OF ARRESTING OFFICER Kenneth J. Brown SDUSM |
|---|---|---|
| DATE OF ARREST 12/2/05 | | |