IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 05-645M (JMF) |
| **v.** ) | |
| ) | |
| **CHARLES SCHOONOVER** ) | |
| ) | |

### ORDER

_____Upon consideration of defendant's unopposed oral motion for transfer, made in open court on December 2, 2005, it is by the Court hereby

**ORDERED** that Mr. Schoonover shall be transferred forthwith from the D.C. Jail to the Central Treatment Facility (CTF).

_____SO ORDERED.

_____
THE HONORABLE ALAN KAY
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Angela George, AUSA
Rita Bosworth, AFPD