IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                )<br>)<br>CHARLES SCHOONOVER  )<br>_____) | No. 05-645M (JMF) |

FILED

DEC 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

_____Upon consideration of defendant's unopposed oral motion for transfer, made in open court on December 2, 2005, it is by the Court hereby

**ORDERED** that Mr. Schoonover shall be transferred forthwith from the D.C. Jail to the Central Treatment Facility (CTF).

_____SO ORDERED.

*[signature]*
THE HONORABLE ~~ALAN KAY~~ John M. Facciola
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Angela George, AUSA
Rita Bosworth, AFPD