UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO.  05-645 (m) |
| | : | |
| | : | |
| **CHARLES HENRY SCHOONOVER,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Charles Henry Schoonover, hereby submit this Factual Proffer in Support of Guilty Plea.  The essential elements of the offense of Misdemeanor Attempted Threats, 22 D.C. Code, Sections 407 and 1803,  which the Government must prove beyond a reasonable doubt, are:

1. That Defendant intended to commit the crime of threats;

2. That Defendant did an act reasonably adapted to accomplishing the crime of threats;

3. That Defendant wrote words that were read by another person;

4. That the words used by the defendant were of such a nature as to convey to the ordinary hearer a menace or fear of serious bodily injury; and

5. That Defendant intended to write the words as a threat.

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on November 29, 2005, at approximately 5:38 p.m., Defendant sent an e-mail message he had written from his computer in Washington, D.C. to the Editor of the El Paso Times. In that e-mail message, Defendant wrote that "Candice M. Will, her husband, Jeff Foster, and her seven-year old son, Edward, who all live in Chevy Chase, Maryland, have all been targeted for

assassination. She will be violently killed for Candice' [s] complicity in covering up the attempted murder of myself, Juan Garcia Abrego, and Saddam Hussein, to name a few."

This factual proffer is a summary of Defendant's participation in the offense of Misdemeanor Attempted Threats and is not intended to be a complete accounting of all facts and events related to the offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support Defendant's guilty plea in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
DENISE M. CLARK
Assistant United States Attorney
D.C. Bar No. 479149
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4840
Washington, D.C. 20530
202-353-8213

## **DEFENDANT'S ACKNOWLEDGMENT**

I have read this factual proffer and have discussed it with my attorney, Rita Bosworth, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date:_____          _____
                                CHARLES HENRY SCHOONOVER
                                Defendant

## **ATTORNEY'S ACKNOWLEDGMENT**

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: _____         _____
                                RITA BOSWORTH, ESQUIRE
                                Attorney for Defendant