UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Magistrate Number:   05-645 |
| v. | : |
| | : VIOLATION: |
| CHARLES HENRY SCHOONOVER, | : |
| | : 18 U.S.C. §875 |
| Defendant. | : (Threats in Interstate Communications) |
| | : |
| | : 22 D.C. Code §§ 407 and 1803 |
| | : (Attempted Threats) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about November 29, 2005, within the District of Columbia, the defendant, **CHARLES HENRY SCHOONOVER**, willfully and knowingly did transmit in interstate commerce from the District of Columbia, to the State of Texas, an electronic mail communication to the Editor of the El Paso Times Newspaper, which electronic communication contained a threat to injure the person of Candice M. Will, that is the message stated that Candice M. Will had "been targeted for assassination" and she would "be violently killed," in violation of Title 18 United States Code, Section 875.

(**Threats in Interstate Communications**, in violation of Title 21, United States Code, Section 875)

**COUNT TWO**

On or about November 29, 2005, within the District of Columbia, **CHARLES HENRY SCHOONOVER** attempted to make threats to do bodily harm to Candice Will, in violation of 22 D.C. Code Sections 407 and 1803.

(**Attempted Threats,** in violation of 22 D.C. Code, Sections 407 and 1803)

        KENNETH L. WAINSTEIN
        United States Attorney
        for the District of Columbia

By: _____
        Denise Clark
        D.C. Bar # 479149
        Assistant United States Attorney
        United States Attorneys Office
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 353-8213