UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CHARLES HENRY SCHOONOVER )<br>)<br>_____ ) | Magistrate Number 05-645 (JMF) |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Charles Henry Schoonover, by his counsel, Rita Bosworth, Assistant Federal Public Defender, respectfully moves this Court, pursuant to 18 U.S.C. § 3145(a)(2), to issue an order modifying Mr. Schoonover's conditions of release in the above captioned case, and states in support:

1. On December 2, 2005, Mr. Schoonover was arrested at his home and brought before the Court for an initial appearance.

2. On December 6, 2005, the Court found probable cause as to Mr. Schoonover's alleged criminal activity and released him on his own personal recognizance, subject to the following conditions:

- Report twice weekly to pretrial services
- Live at his specified home address
- Maintain his job doing volunteer work
- Stay away from Ms. Will, her family, and FBI headquarters
- Provide verification of a land line
- Do not access any computers

3. On December 14, 2005, Mr. Schoonover was successfully admitted to the High Intensity Supervision program.

4. On December 20, 2005, Mr. Schoonover pled guilty and his sentencing was set for March 6, 2006.

5. Since the time he was released, Mr. Schoonover has been in perfect compliance with his conditions of release, except that he has not been able to complete his volunteer work because that requires computer access.

6. The volunteer work that Mr. Schoonover does is website building and management for the Center for Creative Non-Violence. However, because it is a condition of his release that he must not access any computers, he has been unable to continue performing this work.

7. Defense counsel spoke with United States Attorney Denise Clarke, who agreed that the government consents to a modification of Mr. Schoonover's release conditions that would allow him to continue his volunteer work. The parties agree that Mr. Schoonover should be allowed to have a computer in his home and have access to the internet for work purposes only. He should not be permitted to access email in any way or engage in any illegal conduct, including sending threats to anyone by email or any other means.

8. It is submitted that amending Mr. Schoonover's conditions of release will not pose a danger to the community, nor will it cause a risk of flight. As such, Mr. Schoonover respectfully requests that this Court grant his motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500