UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-645 (JMF) |
| | : | |
| v. | : | |
| | : | |
| CHARLES H. SCHOONOVER, | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Denise M. Clark, at telephone number 202-353-8213 and/or email address denise.clark@usdoj.gov. Ms. Clark will substitute for Assistant United States Attorney Angela George as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Denise M. Clark
Assistant United States Attorney
Federal Major Crimes Section, Bar No. 479149
555 4th Street, NW, Room 4840
Washington, DC 20530
(202) 353-8213