UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Magistrate Number 05-645 (JMF) |
| ) | |
| CHARLES HENRY SCHOONOVER ) | |

**ORDER**

FILED
JAN 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 17th day of January, 2006, hereby

**ORDERED** that defendant's motion to modify his conditions of release is **GRANTED**; and it is further

**ORDERED** that defendant shall be permitted to have a computer in his home for the purpose of fulfilling volunteer work; and it is further

**ORDERED** that defendant shall not access the internet for any purpose other than fulfilling his volunteer work; and it is further

**ORDERED** that defendant shall not access email; and it is further

**ORDERED** that defendant shall not engage in any illegal activity, including but not limited to sending threats by email or in any other manner.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE