U.S.C. § 3553 provide a helpful framework in fashioning a reasonable sentence.

First, the nature and seriousness of the offense warrants the imposition of a substantial period of probation. Here, the defendant pled guilty to Misdemeanor Attempted Threats for threatening Ms. Will. It seems clear that defendant targeted Ms. Will because she is a public official. But he went further than that. Indeed, he specifically made mention of Ms. Will's husband and very young son and the area in which they live, making his threat all that much more personal and alarming.

Second, the government expended a great deal of time and resources in responding to the threat. Because Ms. Will is a public figure, the government had to provide both Ms. Will and her family with round the clock security until the time of Mr. Schoonover's arrest.

Third, a substantial period of probation is justified in this case to deter people from engaging in this kind of conduct. The internet, although beneficial in many respects, has enabled defendants to select victims and make threats into cyberspace, while at the same time remaining anonymous. These cyber-threats are incredibly menacing to the victims because often the victims do not know from whom or where the threat is coming. Because of this great uncertainty, their lives are turned upside down as they try to figure out ways to protect themselves from a nameless, faceless danger. Society has an interest in protecting people from such harm and discouraging defendants from engaging in this terrorizing behavior.