**Receipt and Acknowledgment**

Page 2

Although the Presentence Investigation Report indicates that defendant pled guilty to Count one of the two indictment on page 3, paragraph 3, defendant actually pled guilty to count 2 of the indictment.

On page 3, paragraph 8 of the PSI, it appears that defendant's interview with pre-tri prosecution occurred on 1/11/01; however, since the offense did not occur until 11/29/05, the date of the interview was most likely 1/11/06.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 2/8/06