**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

*Attachment*

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

**FILED**
MAR 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

February 13, 2006

George Neal
United States Probation Officer
United States District Court
3rd and Constitution Avenue, N.W.
Washington, DC 20001

Re: **United States v. Charles Henry Schoonover**
**Magistrate Case Number 05-645-01**

Dear Mr. Neal:

Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above indicated case, dated January 30, 2006.

**Objections and Comments**

1. Mr. Schoonover submits that on page 4, paragraph 12, the disposition of the charge for Obstructing a Highway Passageway should read "Acquitted by jury."

2. In paragraph 15, page 5, one of Mr. Schoonover's sisters is listed as "Jame," but her name is "Jane."

3. In paragraph 19, page 5, Mr. Schoonover's eye color is listed to be brown, but his eyes are green.

4. In paragraphs 20 and 21 on page 5, the report indicates that Mr. Schoonover was shot above the collar bone, however, he was in fact shot just below the collar bone.

5. In paragraph 21, page 5, the medication "Klonipin" need not be listed, for it is the same as the medication "Clonazepan," which is listed already.

6. In paragraph 26, page 6, the dates that Mr. Schoonover attended school should be changed to the following: he attended Pan American University from 1983-1985, and he attended Texas A&M University from 1985-1987.

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

Thank you for your consideration of these matters. Please feel free to call me if there are any details which we need to discuss.

Very truly yours,

*Rita Bosworth*

Rita Bosworth
Assistant Federal Public Defender

cc: Denise Clark, Esquire
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, DC 20530