# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **Magistrate Number 05-645 (JMF)** |
| | ) | |
| CHARLES HENRY SCHOONOVER | ) | |
| | ) | |
| _____ | ) | |

## MR. SCHOONOVER'S MOTION TO BE ALLOWED TO EXERCISE HIS FIRST AMENDMENT RIGHTS BY PARTICIPATING IN PEACEFUL PROTESTS IN WASHINGTON, D.C.

Mr. Schoonover, through undersigned counsel, comes before this Court and respectfully requests permission to participate in a number of peaceful protests in Washington, D.C., and he states in support the following:

1.     On December 20, 2005, Mr. Schoonover pled guilty to Attempted Threats in violation of 22 D.C. Code §§ 407 and 480.  On March 6, 2006, Mr. Schoonover was sentenced to two years of probation.

2.     In addition to the standard conditions of probation, Mr. Schoonover is subject to the following special conditions (see Attachment 1):

   •     Participate in a mental health treatment program as directed by probation

   •     Perform 40 hours of community service

   •      Not have any contact with Candace Will and her family

   •     Stay away from a 2-block radius of FBI headquarters and field offices

3.     Mr. Schoonover has thus far been in perfect compliance with his conditions.  He has given three clean urine tests, he is scheduled to undergo his psychological evaluation on

June 8, 2006, and he is scheduled to attend orientation for community service on July 11, 2006, at which point he will immediately begin fulfilling his community service obligation.[1]

4.      Mr. Schoonover comes before this Court requesting permission to participate in peaceful rallies that take place in front of the White House and in Lafayette Park, which is just across from the White House.[2]  Mr. Schoonover participated in such rallies prior to being charged with the offense for which he is currently on probation and never caused any problems for law enforcement or anyone else involved.

5.      As the Court knows, Mr. Schoonover is paralyzed from his armpits down, and he spends his time doing volunteer work and voicing his concern for a peaceful resolution of the Iraq war.  He is an active member of his community and wishes only to exercise his right to free speech; he does not intend to violate any laws or cause any trouble.

6.      Counsel called Mr. Schoonover's probation officer, Darryl Hughes, to inquire as to why he is not allowing Mr. Schoonover permission to participate in the peace rallies, but Mr. Hughes has not returned the phone call.

6.      Counsel spoke with Assistant United States Attorney Denise Clarke about this motion, and Ms. Clarke indicated that she does not oppose the motion as long as Mr. Schoonover remains in compliance with all of his terms of probation, specifically, that he respect the order to stay away from a 2-block radius of FBI headquarters and field offices.

7.      FBI Headquarters are located at 935 Pennsylvania Ave., NW.  The FBI Field Office in

---

[1]      Mr. Schoonover was not permitted to begin community service prior to his psychological evaluation.

[2]      The reason Mr. Schoonover is filing a motion with the Court is that this request was denied by the probation office.

Washington, D.C., is located at 601 4th St., NW.  As the Court can see from Attachment

2, neither of these is within 2 blocks of the White House or Lafayette Park.

8.    Given that participating in the peace rallies will not violate Mr. Schoonover's conditions

of probation, and given the Mr. Schoonover has been in perfect compliance since his

sentencing, Mr. Schoonover respectfully requests that he be allowed to participate in peace

rallies that take place in front of the White House and in Lafayette Park.


Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


/s/
_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500