

935 Pennsylvania Ave Nw
Washington DC
20535-0001 US

**Notes:**



All rights reserved. Use Subject to License/Copyright

This map is informational only. No representation is made or warranty given as to its content. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.