UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CHARLES HENRY SCHOONOVER )<br>)<br>_____ ) | Magistrate Number 05-645 (JMF) |

**ORDER**

It is this _____ day of June, 2006, hereby

**ORDERED** that defendant's motion to participate in peace rallies in front of the White House and in Lafayette Park is **GRANTED;** and it is further

**ORDERED** that defendant shall continue to comply with all conditions of his probation.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE