# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-645 (JMF)** |
| | : | |
| **v** | : | |
| | : | |
| **CHARLES SCHOONOVER,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S RESPONSE TO MR. SCHOONOVER'S MOTION TO BE ALLOWED TO EXERCISE HIS FIRST AMENDMENT RIGHTS BY PARTICIPATING IN PEACEFUL PROTESTS IN WASHINGTON, D.C.

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following response to defendant Charles Schoonover' s Motion to be Allowed to Exercise his First Amendment Rights by Participating in Peaceful Protests in Washington, D.C.  In support of this response, the Government states as follows:

1.      On December 20, 2005, defendant Charles Schoonover pled guilty to a one-count information charging him with attempted threats, in violation of 22 D.C. Code §§ 407 and 1803.  On March 6, 2006, this Court sentenced defendant Schoonover to a 180-day suspended sentence and to two years of probation.  As a condition of probation, defendant Schoonover was specifically ordered " [n]ot [to] have any contact with Candace Will and her family" and to " [s]tay away from a 2-block radius of FBI headquarters and field offices."

2.      On or about June 8, 2006, defense counsel contacted government counsel and explained that the probation office had denied defendant' s request to participate in upcoming protest rallies that were to take place in front of the White House and in Lafayette Park.

3.      As government counsel explained to defense counsel, it is the government's position that as long as defendant Schoonover fully complies with each and every term of his probation, including the requirement that he stay away from Ms. Will and her family and stay two blocks away from FBI headquarters and field offices, the government does not oppose his request to participate in protest rallies in Washington, D.C.


Respectfully submitted,
KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058


_____

Denise M. Clark
Assistant United States Attorney
Federal Major Crimes Section
D.C. Bar No. 479149
555 4th Street, N.W.  #4840
Washington, DC 20530
(202)353-8213; Fax: 353-9414


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served on the attorney for the defendant, Rita Bosworth, Esq., this 14th  day of June, 2006.


_____

Denise M. Clark
Assistant United States Attorney