**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                )
**UNITED STATES OF AMERICA**     )     **Crim. No. 05-645(JMF)**
                                )
            v.                   )
                                )
**CHARLES SCHOONOVER**           )
                                )
_____)

**DEFENDANT'S MOTION FOR EARLY**
**TERMINATION OF PROBATION**

Defendant Charles Schoonover, through undersigned counsel, respectfully moves the Court for Early Termination of his term of Probation.

As grounds for the request, Mr. Schoonover states the following:

1.      On March 6, 2006, the Court sentenced Mr. Schoonover, pursuant to a guilty plea, for violating 22 D.C.C. §§ 407 and 180. The Court placed Mr. Schoonover on a period of probation of two years, ordered that he pay a $50.00 dollar special assessment and ordered that he perform forty hours of community service.

2.      One year has passed since Mr. Schoonover was sentenced, and he has been in perfect compliance with all of his conditions. He has paid his special assessment, he has completed his forty hours of community service, and he has submitted all of his monthly reports on time.

3.      Mr. Schoonover's adherence to his conditions of probation is particularly admirable given then he has been undergoing severe health problems for the past 8 months. In August 2006 Mr. Schoonover learned that he had cancer of the esophagus which had gone undetected due to his paralysis. He was also diagnosed with a tumor in his liver that had spread to his brain. He

1

underwent surgery and radiation in October, and he began chemotherapy in early December. He continues to undergo chemotherapy at the time of the filing of this motion due to an additional tumor in his brain that is inoperable.

4.    Undersigned counsel spoke with United States Probation Officer Darryl Hughes who indicated that Mr. Schoonover has been in perfect compliance with all of his conditions and that he does not oppose early termination of his probation.

Wherefore, undersigned counsel respectfully requests that the Court terminate Mr. Schoonover's probation.

Respectfully submitted,


A. J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500