UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 05-645(JMF) |
| v. ) | |
| CHARLES SCHOONOVER ) | |

**ORDER**

Upon consideration of defendant's motion for early termination of his probation, it is this

\_\_\_\_\_ day of March, 2007, hereby

**ORDERED** that the motion is granted.

_____
HONORABLE JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE