PROB 35
1/92

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

FILED
APR 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Docket No.  CR 05-645-M01

**SCHOONOVER, Charles Henry**

On ,March 6, 2006, the above named was placed on Probation for a period of two years. A motion was submitted to the Court on March 5, 2007, by Mr. Schoonover through defense counsel, Rita Bosworth, requesting early termination of supervision. A hearing was conducted on April 4, 2007, before the Court. All parties agreed that Mr. Schoonover is no longer in need of supervision and that the defendant should be discharged from Probation.

Respectfully submitted,

_____
Darryl Hughes, Senior
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2007.

_____
United States Magistrate Judge